IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1569 |
| | ) | |
| v. | ) | Judge Lancaster |
| | ) | Magistrate Judge Caiazza |
| LMS INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On November 24, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On March 30, 2007, the magistrate judge issued an Amended Report (Doc. 23) recommending that the District Court compel arbitration, to be initiated by the filing of a Request for Arbitration with the Secretariat of the ICC in Paris France.[1]

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

---

[1] The Report amended a previous Report and Recommendation filed on March 28, 2007 (see Doc. 22), and it incorporated by reference the prior R&R to the extent not inconsistent. See March 30th R&R at 5.

AND NOW, on this 20th day of April, 2007, IT IS HEREBY ORDERED that the Plaintiff's Motion to compel arbitration (**Doc. 14**) is **GRANTED**, and the parties **SHALL PROCEED TO ARBITRATION FORTHWITH** by filing a Request for Arbitration with the Secretariat of the ICC in Paris France.

IT IS FURTHER ORDERED that: the Amended Report and Recommendation of Magistrate Judge Caiazza dated March 30, 2007 is adopted as the opinion of the District Court; this case is **DISMISSED**; and the Clerk is directed to mark the case closed.

Gary L. Lancaster
United States District Judge

cc:

Stacey L. Jarrell, Esq.
James W. Bentz, Esq.
James R. Warnot, Esq.
Martin S. Bloor, Esq.